UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| In re:<br>Ho Wan Kwok<br><br>Debtor(s). | Case No. 22-50073 |
|---|---|
| Luc A. Despins, Chapter 11 Trustee<br>Plaintiff,<br>vs<br>Slaughter Law Group, PC<br>Defendant. | Adv. Proceeding No. 24-05020 |

**NOTICE OF APPEARANCE OF COUNSEL**

I am admitted or otherwise authorized to practice in this Court, and I appear in this adversary proceeding as counsel for: Luc A. Despins, Chapter 11 Trustee
The Clerk of the Court and the opposing party will be informed of any change in address. I request notice of all further pleadings and filings.

/s/ Erin T. Ryan
Attorney's Signature

Dated: September 12, 2025

Erin T. Ryan
Attorney's Printed Name

Law Firm Name  Neubert, Pepe, & Monteith, P.C.

Law Firm Mailing Address  195 Church Street, 13th Floor

City  New Haven      State  CT    Zip Code  06510

Attorney's Email Address  eryan@npmlaw.com

Attorney's Phone Number  (203) 781-2855

Attorney's Federal Bar Number  ct32005